UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TYLLA PENNINGTON, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 1:23-CV-229-ACL |
| CARL HEFNER, et al., | ) |
| Defendants. | ) |

# JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be and it is entered in favor of Defendants and against Plaintiffs on Counts I, II, and III of Plaintiffs' Complaint.

Dated this 31st day of October, 2025.

                                                         /s/ *Abbie Crites-Leoni*
                                                       ABBIE CRITES-LEONI
                                                       UNITED STATES MAGISTRATE JUDGE